**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

SAFECO INSURANCE COMPANY
OF AMERICA,

     Plaintiff,

v.                                                                                   CASE NO: 8:08-cv-141-T-26MAP

W.G. MILLS, INC.,

     Defendant.

_____/

## **O R D E R**

Upon due consideration, it is ordered and adjudged that Defendant's Motion to Dismiss for Improper Venue (Dkt. 5) is denied for two basic reasons.  First, the assignment at issue was authorized by the United States Bankruptcy Court for the Middle District of Florida.  In light of that authorization, this Court rejects Defendant's contention that the subcontractor was prohibited from assigning its rights to Plaintiff.  Second, Plaintiff's filing of this lawsuit in the Tampa Division of the Middle District of Florida was consistent with Local Rule 1.02(c) which requires that "[a]ll civil proceedings of any kind shall be instituted in that Division encompassing the county or counties having the greatest nexus with the cause, . . ."  To the extent that Sarasota County has the greatest nexus to this cause, then Plaintiff properly instituted this lawsuit in the Tampa Division.[1]  Defendant shall file its answer and defenses within ten (10) days of this order.

     **DONE AND ORDERED** at Tampa, Florida, on February 19, 2008.


                           s/*Richard A. Lazzara*
                           **RICHARD A. LAZZARA**
                           **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record

_____

    [1]  Sarasota County is located within the Tampa Division.  See Local Rule 1.02(b)(4).